Bennett *et al. v.* Acton, Guardian.

No. 14,763.

## TUCKER, TREASURER, ET AL. *v.* O'NEAL.

From the Putnam Circuit Court.

*J. J. Smiley, W. G. Neff* and *J. L. Myers,* for appellants.
*M. A. Moore* and *G. C. Moore,* for appellee.

ELLIOTT, C. J.—Affirmed on the authority of *Tucker* v. *Sellers, ante,* p. 514.
Filed March 11, 1892.

No. 15,203.

## EWING *v.* CARSON ET AL.

130b 597
131 361

From the Vanderburgh Superior Court.

*J. T. Walker, F. Ullman* and *R. E. Pendarvis,* for appellant.
*A. Gilchrist* and *C. A. De Bruler,* for appellees.

MILLER, J.—The questions involved in this appeal are the same that were determined in *Ewing* v. *Jones, ante,* p. 247. For the reasons given in the opinion in that case the judgment of the court below is reversed.
Filed Jan. 28, 1892.

No. 16,346.

## COOK ET AL. *v.* ARMSTRONG.

From the Howard Circuit Court.

*M. Bell* and *W. C. Purdum,* for appellants.
*J. C. Blacklidge, C. C. Shirley* and *B. C. Moon,* for appellee.

OLDS, J.—The facts in this case are the same and the same question is presented as was presented in the case of *Cook* v. *Claybaugh, ante,* p 133, and on the authority of the decision in that case this judgment is affirmed.
Filed Jan. 6, 1892.

No. 15,612.

## BENNETT ET AL. *v.* ACTON, GUARDIAN.

From the Jackson Circuit Court.

*W. K. Marshall,* for appellants.

COFFEY, J.—This was an action by the appellee against the appellants to set aside certain alleged fraudulent conveyances. The only question involved in the case relates to the sufficiency of the evidence to sustain the finding of the court.

We have read the evidence in the cause, and think there is evidence, both direct and circumstantial, from which the court was authorized to find that the conveyances in question were made and accepted for the fraudulent purpose of defeating the collection of the appellee's claim. We can not, under the well known rules of this court, disturb the finding of the circuit court on the evidence.

Judgment affirmed.

Filed Feb. 25, 1892.